# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**Barbara C. Lindner**

Case No. 23-20130-JAD

**Chapter 13**

Debtor(s).

Related to Doc. No. 15 & 30 and 32

## STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

- ❑   a motion to dismiss case or certificate of default requesting dismissal

- ☒   a plan modification sought by:  The Trustee

- ❑   a motion to lift stay
       as to creditor  _____

- ❑   Other:  _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒ Chapter 13 Plan dated February 3, 2023
❑ Amended Chapter 13 Plan dated _____

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

- ☒   Debtor(s) Plan payments shall be changed from $870.00 to $898.00 per month, effective March 2023; and/or the Plan term shall be changed from ___ months to ____ months.

[04/22]  -1-

❏ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

❏ Debtor(s) shall file and serve _____ on or before _____.

❏ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

❏ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

❏ Other: _____

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this ___25th___ day of ___May___, 202_3_

Dated: _____5/25/2023_____

_____ sjk
United States Bankruptcy Judge
Jeffery A. Deller

Stipulated by:

/s/ Kenneth Steidl
Kenneth Steidl (PA I.D. #34965)
Counsel to Debtor
Steidl & Steinberg
707 Grant Street, Ste 2830
Pittsburgh, PA  15219
412-391-8000
ken.steidl@steidl-steinberg.com

Stipulated by:

/s/ Katherine DeSimone
Katherine DeSimone (PA I.D. #42575)
Counsel to Chapter 13 Trustee
Office of the Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
Pittsburgh, PA  15219
412-471-5566
kedesimone@chapter13trusteewdpa.com

cc:   All Parties in Interest to be served by Clerk

FILED
5/25/23 8:15 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

[04/22]    -3-

United States Bankruptcy Court
Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-20130-JAD |
| Barbara C. Lindner | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: May 25, 2023 | Form ID: pdf900 | Total Noticed: 41 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Barbara C. Lindner, 3777 Beechwood Blvd., Pittsburgh, PA 15217-2655 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnpeoples@grblaw.com | May 26 2023 00:58:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 15564315 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 26 2023 00:58:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15564317 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 26 2023 00:58:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15569460 | | Email/Text: creditcardbkcorrespondence@bofa.com | May 26 2023 00:58:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 15564320 | + | Email/Text: BarclaysBankDelaware@tsico.com | May 26 2023 00:59:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 15564319 | + | Email/Text: BarclaysBankDelaware@tsico.com | May 26 2023 00:59:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 15564344 | | Email/Text: cfcbackoffice@contfinco.com | May 26 2023 00:59:00 | Verve, c/o Cardholder Services, Po Box 3220, Buffalo, NY 14240 |
| 15564323 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 26 2023 01:16:08 | Citi/Sears, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15564324 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 26 2023 01:04:48 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15564325 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 26 2023 01:05:00 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15564326 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 26 2023 01:16:18 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 15569513 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 26 2023 01:05:18 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15564327 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 26 2023 00:59:00 | Comenitycapital/Ulta, Po Box 182120, Columbus, OH 43218-2120 |
| 15564328 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 26 2023 00:59:00 | Comenitycapital/Ulta, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15564330 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 26 2023 01:04:48 | Costco Citi Card, Attn: Bankruptcy, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 15564329 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 26 2023 01:05:20 | Costco Citi Card, Po Box 6190, Sioux Falls, SD |

Case 23-20130-JAD   Doc 34   Filed 05/27/23   Entered 05/28/23 00:28:05   Desc Imaged
Certificate of Notice   Page 5 of 6

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 25, 2023 | Form ID: pdf900 | Total Noticed: 41 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | 57117-6190 |
| 15570720 | + | Email/Text: mrdiscen@discover.com | May 26 2023 00:58:00 | Discover Bank/Discover Products Inc., P.O. Box 3025, New Albany OH 43054-3025 |
| 15564331 | + | Email/Text: mrdiscen@discover.com | May 26 2023 00:58:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 15564332 | + | Email/Text: mrdiscen@discover.com | May 26 2023 00:58:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15587046 | + | Email/Text: jdryer@bernsteinlaw.com | May 26 2023 00:59:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15564333 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | May 26 2023 01:04:48 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 15564334 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | May 26 2023 01:15:58 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15564336 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | May 26 2023 00:58:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 15564335 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | May 26 2023 00:58:00 | Fortiva, Po Box 105555, Atlanta, GA 30348-5555 |
| 15587468 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 26 2023 00:59:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 15564337 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 26 2023 00:59:00 | Jefferson Capital Systems, LLC, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 15564338 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 26 2023 00:59:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 16 Mcleland Road, Saint Cloud, MN 56303 |
| 15564322 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 26 2023 01:16:06 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 15564321 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 26 2023 01:04:51 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 15569377 | + | Email/Text: RASEBN@raslg.com | May 26 2023 00:58:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15565471 | | Email/PDF: resurgentbknotifications@resurgent.com | May 26 2023 01:04:45 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15564339 | | Email/Text: pitbk@weltman.com | May 26 2023 00:59:00 | Matthew Pomy, Esq., Weltman, Weinberg & Reis Co., LPA, 436 7th Ave., Ste. 2500, Pittsburgh, PA 15219-1842 |
| 15582957 | | Email/Text: Bankruptcy.Notices@pnc.com | May 26 2023 00:58:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 15564341 | | Email/Text: Bankruptcy.Notices@pnc.com | May 26 2023 00:58:00 | Pnc Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 15564340 | | Email/Text: Bankruptcy.Notices@pnc.com | May 26 2023 00:58:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 15585356 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 26 2023 01:15:59 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 15568261 | + | Email/Text: ebnpeoples@grblaw.com | May 26 2023 00:58:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15579342 | + | Email/Text: JCAP_BNC_Notices@jcap.com | May 26 2023 00:59:00 | Premier Bankcard, LLC, Jefferson Capital Systems, LLC Assignee, PO Box 7999, St. Cloud MN 56302-7999 |
| 15564343 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 26 2023 01:05:01 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15564342 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

Case 23-20130-JAD    Doc 34    Filed 05/27/23    Entered 05/28/23 00:28:05    Desc Imaged
Certificate of Notice    Page 6 of 6

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 25, 2023 | Form ID: pdf900 | Total Noticed: 41 |

| | | May 26 2023 01:04:44 | Resurgent Capital Services, C/o Resurgent Capital Services, Greenville, SC 29602 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15564316 | *+ | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15564318 | *+ | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Kenneth Steidl | on behalf of Debtor Barbara C. Lindner julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;jfriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;trose@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6